UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/11/21
```

Domingo Pascual,

           Plaintiff,

–v–

Carshield, LLC,

           Defendant.

21-cv-4930 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In accordance with the Court's Order dated September 9, 2021, the Clerk of Court is respectfully directed to close this case. *See* Dkt. No. 12.

    SO ORDERED.

Dated: October 11, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge